1 | Stephen N. Hollman, Esq., State Bar No. 055219
2 | Business & Technology Law Group
   | 160 W. Santa Clara Street, Suite 700
   | San Jose, CA  95113
3 | Telephone:  (408) 282-1949
   | Facsimile:  (408) 275-9930
4 | E-Mail:  shollman@businessandtrechnologylawgroup.com

5 | Joseph A. Garofolo, Esq., State Bar No. 214614
   | Garofolo Law Group, P.C.
6 | 95 New Montgomery Street, Suite 905
   | San Francisco, CA  94105
7 | Telephone:  (415) 981-9775
   | Facsimile:  (415) 981-8870
8 | E-Mail:  jgarofolo@garofololaw.com

9 | Attorneys for Plaintiffs,
   | Keith Charles Knapp, as Trustee of the California Home Loans
10 | Profit Sharing Plan, the Trust for the California Home Loans
   | Profit Sharing Plan, as a fiduciary of the California Home Loans
11 | Profit Sharing Plan, and Theresa A. Lavoie, as a participant in the
   | California Home Loans Profit Sharing Plan

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| KEITH CHARLES KNAPP, as Trustee of the California Home Loans Profit Sharing Plan; TRUST FOR THE CALIFORNIA HOME LOANS PROFIT SHARING PLAN, as a fiduciary of the California Home Loans Profit Sharing Plan; THERESA A LAVOIE, as a participant in the California Home Loans Profit Sharing Plan | ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| NOREEN CARDINALE, an individual, | ) ) ) |
| Defendant. | ) ) ) ) ) ) ) |

**CASE NO. C 12-05076 RMW**

**STIPULATION FOR ADMINISTRATIVE ORDER TO CONSOLIDATE MATTERS FOR HEARING ON MAY 10, 2013 AND [PROPOSED] ORDER**

**CIVIL L. R. 6-2, 7-11**

| | | |
|---|---|---|
| 1 | NOREEN CARDINALE, | )<br>) **RELATED CASE NO. C 12-05078 RMW** |
| 2 | Plaintiff, | )<br>) **(Remanded Pursuant to Order Dated** |
| 3 | v. | )<br>) **February 15, 2013)** |
| 4 | DANIEL R. MILLER JR.; PATRICE | )<br>) |
| 5 | MILLER, his spouse; DANIEL R. MILLER<br>SR.; PASHLIN INC., a California | )<br>) |
| 6 | corporation; DERALD R. KENOYER;<br>KEITH CHARLES KNAPP; HOME  LOAN | )<br>) |
| 7 | SERVICES CORPORATION dba<br>CALIFORNIA HOME LOANS, a  California | )<br>) |
| 8 | Corporation; and DOES 1 through 100,<br>inclusive | )<br>) |
| 9 | Defendants. | )<br>) |
| 10 | | )<br>) |
| 11 | | ) |

### <u>SUMMARY OF FACTUAL BACKGROUND</u>

On March 15, 2013, this Court granted Plaintiffs' Motion for Leave to File Amended Complaint (Docs. 30, 31) without prejudice to Defendant filing a motion to dismiss or stay and Plaintiffs filing a motion for preliminary injunction, and, during oral argument, this Court requested that the parties attempt to coordinate such motions so as to be heard on the same day (the "Court's Request").

On April 4, 2013, Plaintiffs filed their Notice of Motion and Motion for Preliminary Injunction ("Plaintiffs' Motion") (Doc. 34) with a calendared hearing date and time of May 10, 2013, at 9:00 a.m.  Prior to the filing of Plaintiffs' Motion, Plaintiffs' counsel communicated with Defendant's counsel and agreed that Plaintiffs would file their motion so that it could be heard on May 10, 2013, with a regularly-noticed hearing date and Defendant's counsel indicated that Defendant would also notice a motion to dismiss or stay to be heard on May 10, 2013.

On April 10, 2013, Defendant filed her Motion to Dismiss and/or Stay Action ("Defendant's Motion") (Doc. 38) with a calendared hearing date and time of May 17, 2013, at 9:00 a.m.

All parties and their respective counsel are mindful of the Court's Request, and of both counsel for Plaintiffs being unavailable after May 10, 2013, for a later hearing date that month.

1    Plaintiffs' Motion was filed in the normal course (*i.e.*, no shortened time) such that the

2    dates for Defendant's Opposition and Plaintiffs' Reply remain as provided in Civil L.R. 7-3.

3    Defendant's Motion was filed with a calendared hearing date and time of May 17, 2013

4    at 9:00 a.m.  Defendant's counsel concede that the motion was filed outside the scope of the

5    permitted time provided for in Fed. R. Civ. P. 15(a)(3) because Defendant's counsel mistakenly

6    assumed that the time limit of Fed. R. Civ. P. 12(a)(1)(B) governed.

7    During a lengthy meet and confer among counsel for the parties on April 15, 2013, *inter*

8    *alia*, the following was discussed: i) the parties should continue to attempt to adhere to the Court's

9    Request; and ii) Plaintiffs' counsel are both unavailable because of the due date to give birth of

10   Plaintiffs' lead counsel's wife and prior long-standing obligations of Plaintiffs' additional counsel.

11   Counsel for both sides also discussed the scheduling difficulties of Plaintiffs' counsel after May

12   17, 2013.

13   Accordingly, the parties request that Defendant's Motion be reset for May 10, 2013.  The

14   only changes in time would be for: i) Defendant's Motion to be re-calendared for hearing on May

15   10, 2013, at 9:00 a.m., rather than May 17, 2013 at 9:00 a.m., so as to be consistent with the

16   Court's Request; and ii) Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion to be

17   due on or before April 29, 2013, rather than May 1, 2013.

18   The potential harm and prejudice if this Court does not approve this Stipulation is that

19   i) Plaintiffs' Motion and Defendant's Motion may not be able to be heard in accordance with the

20   Court's Request and ii) matters have been calendared in the Superior Court for the County of

21   Contra Costa on June 14, 2013, that relate to Plaintiffs' Motion.

22   As set forth above, this Stipulation arises based upon an April 15, 2013 meet and confer

23   among counsel for all parties thereby satisfying the requirement of Civil L.R. 6-3(a) and 7-11(a).

24   Further, there have been no previous time modifications in this case, whether by stipulation or

25   order of this Court.

26   The parties do not believe that the requested relief would have any effect on the overall

27   schedule for the case.

28   As an ancillary matter, Defendant has filed an Administrative Motion for Leave to File an

1  Extended Brief in support of Defendant's Motion (Doc. 39), specifically 31 pages.  Counsel for the

2  parties have further agreed that Plaintiffs will not oppose that Administrative Motion, and that

3  Defendants will waive any opposition to a comparable Administrative Motion, if filed by

4  Plaintiffs, for a comparable number of pages, and then only if Plaintiffs determine this is needed.

5                                              **STIPULATION**

6          Pursuant to Civil L.R. 6-2 and 7-11 Plaintiffs and Defendant, acting through their

7  respective counsels, hereby stipulate and respectfully request that this Court to order that:

8          1.      Defendant's Motion to Dismiss and/or Stay Action (Doc. 38) is recalendared to

9  May 10, 2013, at 9:00 a.m., so as to be heard by the Court at the same date and time as Plaintiff's

10  Motion for Preliminary Injunction (Doc. 34);

11         2.      Plaintiffs' Opposition to Defendant's Motion to Dismiss and/or Stay Action (Doc.

12  38) is to be filed on or before April 24, 2013, and Defendant's Reply to Plaintiffs' Opposition to

13  Defendant's Motion to Dismiss and/or Stay Action (Doc. 38) is to be filed on or before April 29,

14  2013;

15         3.      Defendant's Administrative Motion for Leave to File an Extended Brief in

16  support of Defendant's Motion (Doc. 39), specifically 31 pages, is granted without opposition by

17  Plaintiffs; and

18         4.      Any Administrative Motion for Leave to File an Extended Brief by Plaintiffs,

19  specifically 31 pages, is to be granted with opposition waived in advance by Defendant.

20         **IT IS SO STIPULATED**

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

DATED:  April 16, 2013              BUSINESS & TECHNOLOGY LAW GROUP
                                    GAROFOLO LAW GROUP, P.C.

                                    By:        */s/ Joseph A. Garofolo*
                                               Joseph A. Garofolo

                                    Attorneys for the Plaintiffs

DATED:  April 16, 2013              CARON & ASSOCIATES
                                    LAW OFFICES OF MICHAEL L. BOLI

                                    By:        */s/ Michael L. Boli*
                                               Michael L. Boli

                                    Attorneys for the Defendant


                                    **ORDER**

        Pursuant to Stipulation of both parties acting through their respective counsels, and good cause appearing therefore, this Court orders as follows:

        1.      Defendant's Motion to Dismiss and/or Stay Action (Doc. 38) is recalendared to May 10, 2013, at 9:00 a.m., so as to be heard by the Court at the same date and time as Plaintiffs' Motion for Preliminary Injunction (Doc. 34);

        2.      Plaintiffs' Opposition to Defendant's Motion to Dismiss and/or Stay Action (Doc. 38) is to be filed on or before April 24, 2013, and Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss and/or Stay Action (Doc. 38) is to be filed on or before April 29, 2013;

        3.      Defendant's Administrative Motion for Leave to File an Extended Brief in support of Defendant's Motion, specifically 31 pages (Doc. 39) is granted without opposition by Plaintiffs; and

        4.      Any Administrative Motion for Leave to File an Extended Brief by Plaintiffs, specifically 31 pages, is to be granted with opposition waived in advance by Defendant.


DATED:  April ___, 2013

                                    Honorable Ronald M. Whyte
                                    Senior United States District Judge