UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEITH CHARLES KNAPP, as Trustee of the California Home Loans Profit Sharing Plan; TRUST FOR THE CALIFORNIA HOME LOANS PROFIT SHARING PLAN, as a fiduciary of the California Home Loans Profit Sharing Plan; THERESE A. LAVOIE, as a participant in the California Home Loans Profit Sharing Plan,<br><br>      Plaintiffs,<br><br>      v.<br><br>NOREEN CARDINALE, an individual,<br><br>      Defendant. | Case No. C-12-05076-RMW<br><br>**DISCOVERY PLAN**<br><br>[Re Docket No. 59] |

The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case and any previously conducted discovery will count against those limits. The court sets the following schedule:

| | |
|---|---|
| Expert Designation | October 7, 2013 |
| Discovery Cut-off | November 11, 2013 |
| Dispositive Motion Cut-off | December 20, 2013 |
| Pretrial Conference | February 27, 2013 |
| Trial | March 17, 2014 |

Cardinale may depose Knapp, in any and all of his capacities, during a single deposition. Judge Lloyd is handling discovery disputes, and if any discovery disputes arise, the parties shall comply with Judge Lloyd's "Standing Order re: Civil Discovery Disputes," which sets forth the applicable requirements and procedures for filing Discovery Dispute Joint Reports rather than noticed discovery motions. The court notes that Judge Lloyd's standing orders require in person meet and confers if phone conversations fail to resolve an issue. Parties seeking to compel fact discovery must file a Joint Report no later than seven days after the Fact Discovery Cutoff, and parties seeking to compel expert discovery must file a Joint Report no later than seven days after the Expert Discovery Cutoff. Civ. L. R. 37-3.

Dated: August 15, 2013



_____
RONALD M. WHYTE
United States District Judge