1 | Stephen N. Hollman, Esq., State Bar No. 055219
Business & Technology Law Group
2 | 160 W. Santa Clara Street, Suite 700
San Jose, CA 95113
3 | Telephone: (408) 282-1949
Facsimile: (408) 275-9930
4 | E-Mail: shollman@businessandtechnologylawgroup.com

5 | Joseph A. Garofolo, Esq., State Bar No. 214614
Garofolo Law Group, P.C.
6 | 22 Battery Street, Suite 1000
San Francisco, CA 94111
7 | Telephone: (415) 981-9775
Facsimile: (415) 981-8870
8 | E-Mail: jgarofolo@garofololaw.com

9 | Attorneys for Plaintiffs,
Keith Charles Knapp, as Trustee of the California Home Loans
10 | Profit Sharing Plan, and the Trust for the California Home Loans
Profit Sharing Plan, as a fiduciary of the California Home Loans
11 | Profit Sharing Plan

12

13

14 | UNITED STATES DISTRICT COURT

15 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

16 | SAN JOSE DIVISION

17

18 | KEITH CHARLES KNAPP, as Trustee of ) **CASE NO. C 12-05076 RMW**
the California Home Loans Profit Sharing )
19 | Plan; TRUST FOR THE CALIFORNIA ) **STIPULATION AND CONSENT BY ALL**
HOME LOANS PROFIT SHARING PLAN, ) **PLAINTIFFS TO THE WITHDRAWAL OF**
20 | as a fiduciary of the California Home Loans ) **CO-COUNSEL FOR PLAINTIFFS;**
Profit Sharing Plan; and THERESE A. ) **[PROPOSED] ORDER; AND PROOF OF**
21 | LAVOIE, as a participant in the California ) **SERVICE**
Home Loans Profit Sharing Plan, )
22 | )
Plaintiffs, )
23 | ) **CIV. LOC. RULES, RULE 7-12 AND**
v. ) **RULE 11-5(a)**
24 | )
NOREEN CARDINALE, an individual, )
25 | )
Defendant. )
26 | )
)
27 | )
)
28 |

1  NOREEN CARDINALE,

2       Plaintiff,

3  v.

4  DANIEL R. MILLER JR.; PATRICE
   MILLER, his spouse; DANIEL R. MILLER
5  SR.; PASHLIN INC., a California
   corporation; DERALD R. KENOYER;
6  KEITH CHARLES KNAPP; HOME LOAN
   SERVICES CORPORATION dba
7  CALIFORNIA HOME LOANS, a California
   Corporation; and DOES 1 through 100,
8  inclusive

9       Defendants.

10

11

**RELATED CASE NO. C 12-05078 RMW**

**(Remanded Pursuant to Order Dated February 15, 2013)**

12       TO: CO-COUNSEL FOR PLAINTIFFS, JOSEPH A. GAROFOLO; AND TO

13  DEFENDANT, NOREEN CARDINALE, AND TO HER ATTORNEYS OF RECORD HEREIN:

14       PLEASE TAKE NOTICE THAT as of November 12, 2013 all of the plaintiffs in this

15  action, Keith Charles Knapp, as Trustee of the California Home Loans Profit Sharing Plan

16  (hereinafter referred to as the "Plan"), and as Trustee of the Trust for the Plan; and Therese A.

17  Lavoie, as a participant in the Plan (hereinafter collectively referred to as "All Plaintiffs") stipulate

18  and consent under Civ. Loc. Rules, Rule 7-12, to this Court that Business & Technology Law

19  Group and Stephen N. Hollman (hereinafter collectively referred to as "Hollman"), co-counsel for

20  All Plaintiffs in this action, may withdraw under Civ. Loc. Rules, Rule 11-5(a), as co-counsel of

21  record in this action for All Plaintiffs, and that Hollman be relieved of all duties and responsibilities

22  as co-counsel of record in this action for All Plaintiffs, both to be effective as of November 12,

23  2013.

24       In this instance, the conditional withdrawal provisions set forth in Civ. Loc. Rules, Rule

25  11-5(b), are inapplicable because All Plaintiffs hereby acknowledge they have, and have

26  continuously had, other counsel of record in this action. Thus, the withdrawal by Hollman poses no

27  prejudice to All Plaintiffs.

28

CASE NO. C 12-05076 RMW
STIPULATION & CONSENT OF PLTFFS.
TO WITHDRL OF CO-COUNSEL &
[PROP.] ORDER & PROOF OF SERVICE

1    A Notice of Motion and Motion to be Relieved as Counsel by Hollman under Cal. Prof.

2 Rules of Conduct, Rule 3-700(c), was heard in Department 3 of the Superior Court for the County

3 of Contra Costa on October 25, 2013 at 10:00 a.m. on Hollman's Ex Parte Motion to Shorten Time

4 for Hearing of an underlying Notice of Motion and Motion to be Relieved as Counsel. There Hon.

5 Judith Craddick found that there were good and ample grounds for Hollman to withdraw on the

6 underlying Motion, and Plaintiff Knapp herein, the defendant therein, substituted in other counsel

7 during such hearing.

8    For the all of the foregoing reasons and based upon the stipulation and consent of All

9 Plaintiffs, *infra.*, under Civ. Loc. Rules, Rule 7-12, Hollman respectfully requests that the Court

10 issue an Order permitting the withdrawal of Hollman as co-counsel in this action pursuant to Civ.

11 Loc. Rules, Rule 11-5(a), and that Hollman be relieved of all duties and responsibilities as co-

12 counsel in this action both to be effective as of November 12, 2013.

13 DATED: November 12, 2013                    Respectfully submitted,

14

15                                             BUSINESS & TECHNOLOGY LAW GROUP

16                                      By:    _____
                                              Stephen N. Hollman
17                                            Co-counsel for Keith Charles Knapp, as
                                              Trustee of the California Home Loans Profit
18                                            Sharing Plan; the Trust for the California
                                              Home Loans Profit Sharing Plan, as a
19                                            fiduciary of the California Home Loans
                                              Profit Sharing Plan; and Therese A. Lavoie,
20                                            as a participant in the California Home Loans
                                              Profit Sharing Plan

21

22

23 **STIPULATION AND CONSENT OF PLAINTIFFS TO WITHDRAWAL OF COUNSEL**

24    1.    I, Keith Charles Knapp, am a plaintiff in this action both as Trustee of the

25 California Home Loans Profit Sharing Plan and as Trustee of the Trust of the California Home

26 Loans Profit Sharing Plan.

27    2.    In my two capacities as a Plaintiff in this action, neither I, the California Home Loans

28 Profit Sharing Plan, nor the Trust of the California Home Loans Profit Sharing Plan will be prejudiced in

1     any manner by the withdrawal of Business & Technology Law Group and Stephen N. Hollman as co-
2     counsel in this action because I and the Plan have, and have continuously had, other counsel of
3     record in this action.

4          3.       Therefore, in my two capacities as a Plaintiff in this action and on behalf of the Plan, I
5     declare under penalty of perjury that I knowingly and freely stipulate and consent to this Court that
6     Business & Technology Law Group and Stephen N. Hollman may withdraw as co-counsel in this action
7     effective as of November 12, 2013, and that Business & Technology Law Group and Stephen N.
8     Hollman be relieved of all duties and responsibilities as co-counsel in this action both to be effective
9     as of November 12, 2013.

10          IT IS SO STIPULATED BY ME effective as of November 12, 2013.

11                      Respectfully submitted,

12

13                      KEITH CHARLES KNAPP

                       By: _____

14                      Keith Charles Knapp, aka K.C. Knapp, as
                     Trustee of the California Home Loans Profit
15                      Sharing Plan, and as Trustee of the Trust for
                     the California Home Loans Profit Sharing
16                      Plan

17          4.       I, Therese A. Lavoie, am a plaintiff in this action as a participant in the California
18     Home Loans Profit Sharing Plan.

19          5.       In my capacity as a Plaintiff in this action, I shall not be prejudiced in any manner by the
20     withdrawal of Business & Technology Law Group and Stephen N. Hollman as co-counsel in this action
21     because I have, and have continuously had, other counsel of record in this action.

22          6.       Therefore, in my capacity as a Plaintiff in this action, I declare under penalty of perjury
23     that I knowingly and freely stipulate and consent to this Court that Business & Technology Law Group
24     and Stephen N. Hollman may withdraw as co-counsel in this action effective as of November 12, 2013,
25     and that Business & Technology Law Group and Stephen N. Hollman be relieved of all duties and
26     responsibilities as co-counsel in this action both to be effective as of November 12, 2013.

27          IT IS SO STIPULATED BY ME effective as of November 12, 2013.

28

1

2
Respectfully submitted,

3
THERESE A. LAVOIE

By: _Therese A. Lavoie_

4
Therese A. Lavoie, as a participant in the
California Home Loans Profit Sharing Plan

5

6

7

8
## ~~[PROPOSED]~~ ORDER

9

10
Based upon the stipulation and consent of each of the Plaintiffs, who are all of the affected

parties in this action, made under the penalty of perjury, as set forth above, and this Court finding

11
that no prejudice will inure to any of such Plaintiffs,

12
PURSUANT TO STIPULATION, IT IS SO ORDERED under Civ. Loc. Rules, Rule 7-

13
12 (a) that Business and Technology Law Group and Stephen N. Hollman are hereby permitted

14
pursuant to Civ. Loc. Rules, Rule 11-5(a), to withdraw as co-counsel in this action and Stephen N.

15
Hollman and Business & Technology Law Group are to be relieved of all duties and responsibilities

16
as co-counsel in this action both to be effective as of November 12, 2013.

17
DATED: November FJ, 2013                    _Ronald M. Whyte_

18
Hon. Ronald M. Whyte
Senior United States District Judge

19

20

21

22

23

24

25

26

27

28