UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEITH CHARLES KNAPP, et al.<br>       Plaintiffs,<br>v.<br>NOREEN CARDINALE,<br>       Defendant. | Case No. C-12-05076 RMW<br><br>STIPULATION IN SUPPORT OF ORDER EXTENDING TIME FOR OPPOSITION AND REPLY BRIEFING RE: PLAINTIFFS' MOTION TO EXTEND TIME FOR COMPLETION OF DISCOVERY |

Counsel have met and conferred regarding plaintiffs' motion to extend time for completion of discovery, and defendant's counsel's notices of unavailability during the time when defendant's opposition papers would be filed and served, pursuant to Local Rule 7-3, due to the fact that plaintiffs' motion was filed on November 11, 2013. Counsel have agreed to stipulate to extend the opposition and reply briefing schedule on plaintiffs' motion as an accommodation of defendant's counsel's lack of availability in November and plaintiff's counsel's absence in the first week of December. Accordingly the parties, through their respective attorneys, hereby stipulate as follows:

Plaintiffs' motion to extend the time for completion of discovery has been served and filed on November 11, 2013, and is set for hearing on December 20, 2013. Defendant's opposition papers shall be filed and served no later than December 2, 2013. Plaintiffs' reply papers shall be filed and served no later December 12, 2013. Defendant intends to file an administrative request, along with this stipulation, seeking an order to modify the time limits of Local Rule 7-3(a) and (c) in accordance with this stipulation.

IT IS SO STIPULATED AND AGREED:

November 15, 2013        /s/ Martha L Caron_____
                         Martha L Caron
                         Attorney for Defendant/Judgment Creditor Noreen
                         Cardinale


November 15, 2013         /s/Joseph A. Garofolo_____
                         Attorney for Plaintiffs Keith Charles Knapp, as
                         Trustee of the California Home Loans
                         Profit Sharing Plan, the Trust for the California
                         Home Loans Profit Sharing Plan, as a fiduciary of
                         the California Home Loans Profit Sharing Plan, and
                         Therese A. Lavoie, as a participant in the California
                         Home Loans Profit Sharing Plan

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED (Local Rule 7-12):

Defendant may file its Opposition to Plaintiff's Motion to Extend Discovery Cutoff on or prior to December 2, 2013; Plaintiff may file Reply on or prior to December 12, 2013 and the hearing thereon shall be on December 20, 2013.

Dated: _____, 2013

_____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT COURT SR JUDGE