1               UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                SAN JOSE DIVISION    E-FILED

4

| | |
|---|---|
| KEITH CHARLES KNAPP, as Trustee of the California Home Loans Profit Sharing Plan; TRUST FOR THE CALIFORNIA HOME LOANS PROFIT SHARING PLAN, as a fiduciary of the California Home Loans Profit Sharing Plan; THERESE A. LAVOIE, as a participant in the California Home Loans Profit Sharing Plan,<br><br>     Plaintiffs,<br><br>v.<br><br>NOREEN CARDINALE, an individual,<br><br>Defendant. | **CASE NO. C 12-05076 RMW**<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE PRETRIAL**<br>**CONFERENCE AND TRIAL**<br><br>**Hon. Ronald M. Whyte** |
| NOREEN CARDINALE,<br><br>     Plaintiff,<br><br>v.<br><br>DANIEL R. MILLER JR.; PATRICE MILLER, his spouse; DANIEL R. MILLER SR.; PASHLIN INC., a California corporation; DERALD R. KENOYER; KEITH CHARLES KNAPP; HOME LOAN SERVICES CORPORATION dba CALIFORNIA HOME LOANS, a California Corporation; and DOES 1 through 100, inclusive<br><br>     Defendants. | **RELATED CASE NO. C 12-05078 RMW**<br><br>**(Remanded Pursuant to Order Dated February 15, 2013)** |

1     Pursuant to Civil L.R. 6-2 and 7-12, Plaintiffs  Keith Charles Knapp, as Trustee of the

2   California Home Loans Profit Sharing Plan, the Trust for the California Home Loans Profit

3   Sharing Plan, as a fiduciary of the California Home Loans Profit Sharing Plan, Therese A. Lavoie,

4   as a participant in the California Home Loans Profit Sharing Plan, and Defendant Noreen Cardinale

5   hereby stipulate and request that the pretrial conference currently set for February 27, 2014, and the

6   trial currently set for March 17, 2014, in the instant action be continued until March 27, 2014, and

7   April 21, 2014, respectively, or to such dates as the Court may determine appropriate following the

8   Case Management Conference set for February 21, 2014.

9     This action involves claims brought pursuant to the Employee Retirement Income

10   Security Act of 1974, as amended ("ERISA"), which is comprehensive federal regulation

11   governing private employee benefit plans.  (*See* Declaration of Joseph A. Garofolo ¶ 3 filed

12   concurrently herewith).  On January 24, 2014, the Superior Court of the State of California in and

13   for the County of Contra Costa issued a ruling that provides that "even if a current valid ERISA

14   plan exists now, it did not exist at the time of the levy at issue herein was served on First Republic

15   Bank on 12/14/11."  (*See id.* at ¶ 4).  The parties disagree as to the effect, or lack thereof, of the

16   January 24, 2014 ruling of the state court.  (*See id.*).  However, the parties wish to obtain guidance

17   from the Court prior to exchanging pretrial disclosures and making the additional filings set forth

18   in the Court's Standing Order.  (*See id.* at ¶ 5).  In addition, the parties understand that the Court

19   has scheduled a case management conference for February 21, 2014, with a revised joint case

20   management statement due by February 14, 2014, to discuss the ruling of the state court.  (*See id.*).

21     This is the first request for a continuance of the pretrial conference or trial. (*See id.* at ¶

22   6).

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1   IT IS SO STIPULATED AND AGREED.

2

3 February 7, 2014       _/s/ Michael L. Boli_____
                Michael L. Boli

4                Attorney for Defendant/Judgment Creditor Noreen
                Cardinale

5

6 February 7, 2014        _/s/ Joseph A. Garofolo_____

7                Joseph A. Garofolo
                Attorney for Plaintiffs Keith Charles Knapp, as Trustee of

8                the California Home Loans Profit Sharing Plan, the Trust
                for the California Home Loans Profit Sharing Plan, as a

9                fiduciary of the California Home Loans Profit Sharing Plan,
                and Therese A. Lavoie, as a participant in the California

10              Home Loans Profit Sharing Plan

11

12

13            **ORDER**

14   Pursuant to the Stipulation, and good cause appearing, the Court orders the following:

15 i) the pretrial conference currently set for February 27, 2014, is rescheduled for March 27, 2014, at

16 2:00 P.M.; and ii) trial currently set for March 17, 2014, is rescheduled for April 21, 2014, at 1:30

17 P.M.

18   IT IS SO ORDERED.

19 Dated: February __, 2014

20

21          UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28