# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KEITH CHARLES KNAPP, as Trustee of the California Home Loans Profit Sharing Plan; TRUST FOR THE CALIFORNIA HOME LOANS PROFIT SHARING PLAN, as a fiduciary of the California Home Loans Profit Sharing Plan; THERESE A. LAVOIE, as a participant in the California Home Loans Profit Sharing Plan,<br><br>     Plaintiffs,<br><br>v.<br><br>NOREEN CARDINALE, an individual,<br><br>     Defendant. | Case No. C-12-05076-RMW<br><br>**ORDER RE: SCHEDULE**<br><br>[Re Docket Nos. 95, 96] |

On February 21, 2014 the court held a case management conference to discuss the impact of a Contra Costa Superior Court ruling and the filing of a bankruptcy petition on this case. The court asked the parties to submit briefs addressing these issues. The parties submitted their briefs on February 28. Dkt. Nos. 95 (defendant's brief), 96 (plaintiffs' brief). Having reviewed the briefs, the court continues the pretrial conference and trial for four months.

The pretrial conference will be set for June 26, 2014 and trial will be set for July 21, 2014.

The parties will promptly inform the court as to whether the Contra Costa ruling is appealed and of any relevant developments in the bankruptcy proceeding.

ORDER
Case No. C-12-05076-RMW
LRM
- 1 -

1  IT IS SO ORDERED.

3  Dated: March 12, 2014

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

United States District Court
For the Northern District of California