E-FILED on 5/22/2014

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEITH CHARLES KNAPP, as Trustee of the California Home Loans Profit Sharing Plan; TRUST FOR THE CALIFORNIA HOME LOANS PROFIT SHARING PLAN, as a fiduciary of the California Home Loans Profit Sharing Plan; THERESE A. LAVOIE, as a participant in the California Home Loans Profit Sharing Plan,<br><br>          Plaintiffs,<br><br>v.<br><br>NOREEN CARDINALE, an individual,<br><br>Defendant. | **CASE NO. C 12-05076-RMW-HRL**<br><br>**STIPULATION AND []**<br>**ORDER TO ENLARGE TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION FOR TEMPORARY STAY OF PROCEEDINGS AND FOR DEFENDANT TO REPLY TO PLAINTIFFS' RESPONSE**<br><br>**Hon. Ronald M. Whyte**<br><br>**Pre-Trial Conf.: June 26, 2014**<br>**Trial Date: July 21, 2014**<br><br>**Hearing Date: June 20, 2014**<br>**Hearing Time: 9:00 a.m.**<br>**Courtroom 6 – 4th Floor** |
| NOREEN CARDINALE,<br><br>          Plaintiff,<br><br>v.<br><br>DANIEL R. MILLER JR.; PATRICE MILLER, his spouse; DANIEL R. MILLER SR.; PASHLIN INC., a California corporation; DERALD R. KENOYER; KEITH CHARLES KNAPP; HOME LOAN SERVICES CORPORATION dba CALIFORNIA HOME LOANS, a California Corporation; and DOES 1 through 100, inclusive<br><br>          Defendants. | **RELATED CASE NO. C 12-05078-RMW**<br><br>**(Remanded Pursuant to Order Dated February 15, 2013)** |

1    Pursuant to Civil L.R. 6-2 and 7-12, Plaintiffs Keith Charles Knapp, as Trustee of the

2  California Home Loans Profit Sharing Plan, the Trust for the California Home Loans Profit

3  Sharing Plan, as a fiduciary of the California Home Loans Profit Sharing Plan, Therese A. Lavoie,

4  as a participant in the California Home Loans Profit Sharing Plan, and Defendant Noreen

5  Cardinale hereby stipulate and request that the deadline for Plaintiffs to respond to Defendant's

6  Motion for Temporary Stay of Proceedings ("Motion") (Doc. 101) and for Defendant to reply to

7  Plaintiffs' response, currently due on May 29, 2014, and June 5, 2014, respectively, be extended

8  until June 6, 2014, and June 13, 2014, respectively.

9    Defendant's Motion seeks to stay this action brought pursuant to the Employee

10  Retirement Income Security Act of 1974, as amended.  (*See* Declaration of Joseph A. Garofolo ¶ 3

11  filed concurrently herewith).  Plaintiffs' only counsel, Joseph A. Garofolo, has a vacation in

12  Hawaii scheduled from May 22, 2014, until June 1, 2014, and Plaintiffs' response would otherwise

13  fall on May 29, 2014.  (*See id.* at ¶¶ 3-5).  Plaintiffs' counsel's vacation was scheduled well in

14  advance of the noticed motion.  (*See id.* at ¶ 4).  The requested extension for Plaintiffs' response

15  until June 6, 2014, and for Defendant to reply until June 13, 2014, would not have any effect on

16  the noticed date for the Motion to be heard of June 20, 2014.  (*See id.* at ¶ 6).

17    This is the first request for an enlargement of time for Plaintiffs to file a response to

18  Defendant's Motion and for Defendant to reply, and the parties do not believe that the requested

19  enlargement would have any effect on the schedule for the case.  (*See id.* at ¶¶ 6-7).

20    IT IS SO STIPULATED AND AGREED.

21  May 21, 2014                     */s/* Michael L. Boli
                                     Michael L. Boli
22                                   Attorney for Defendant/Judgment Creditor Noreen
                                     Cardinale
23

24  May 21, 2014                     */s/* Joseph A. Garofolo
                                     Joseph A. Garofolo
25                                   Attorney for Plaintiffs Keith Charles Knapp, as Trustee of
                                     the California Home Loans Profit Sharing Plan, the Trust
26                                   for the California Home Loans Profit Sharing Plan, as a
                                     fiduciary of the California Home Loans Profit Sharing
27                                   Plan, and Therese A. Lavoie, as a participant in the
                                     California Home Loans Profit Sharing Plan
28

**ORDER**

Pursuant to the Stipulation, and good cause appearing, the Court orders the following: i) Plaintiffs may file their response to Defendant's Motion for Temporary Stay of Proceedings by, and including, June 6, 2014; and ii) Defendant may file her reply to Plaintiffs' response to Defendant's Motion for Temporary Say of Proceedings by, and including, June 13, 2014.

IT IS SO ORDERED.

Dated: May __, 2014

_____
UNITED STATES DISTRICT JUDGE