1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/18/14*

KEITH CHARLES KNAPP, as Trustee of
the California Home Loans Profit Sharing
Plan; TRUST FOR THE
CALIFORNIA HOME LOANS
PROFIT SHARING PLAN, as a fiduciary
of the California Home Loans Profit Sharing
Plan; THERESE A. LAVOIE, as a
participant in the California Home Loans
Profit Sharing Plan,

   Plaintiffs,

v.

NOREEN CARDINALE, an individual,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO. C 12-05076-RMW-HRL**

**STIPULATION AND []
ORDER TO CONTINUE HEARING ON
DEFENDANT'S MOTION FOR
TEMPORARY STAY OF
PROCEEDINGS, TO CONTINUE
PRETRIAL CONFERENCE, AND TO
CONTINUE TRIAL**

**Hon. Ronald M. Whyte**

**Pre-Trial Conf.: July 3, 2014
Trial Date: July 28, 2014**

**Hearing Date: June 20, 2014
Hearing Time: 9:00 a.m.
Courtroom 6 – 4th Floor**

NOREEN CARDINALE,

   Plaintiff,

v.

DANIEL R. MILLER JR.; PATRICE
MILLER, his spouse; DANIEL R. MILLER
SR.; PASHLIN INC., a California
corporation; DERALD R. KENOYER;
KEITH CHARLES KNAPP; HOME LOAN
SERVICES CORPORATION dba
CALIFORNIA
HOME LOANS, a California Corporation;
and DOES 1 through 100, inclusive

   Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**RELATED CASE NO. C 12-05078-RMW**

**(Remanded Pursuant to Order Dated
February 15, 2013)**

1    Pursuant to Civil L.R. 6-2 and 7-12, Plaintiffs Keith Charles Knapp, as Trustee of the

2    California Home Loans Profit Sharing Plan, the Trust for the California Home Loans Profit

3    Sharing Plan, as a fiduciary of the California Home Loans Profit Sharing Plan, Therese A. Lavoie,

4    as a participant in the California Home Loans Profit Sharing Plan, and Defendant Noreen

5    Cardinale hereby stipulate and request the following: i) that the hearing on Defendant Noreen

6    Cardinale's Motion for Temporary Stay of Proceedings ("Motion to Stay") (Doc. 101), currently

7    set for June 20, 2014, be continued until August 1, 2014; ii) that the pretrial conference, currently

8    set for July 3, 2014, be continued until August 7, 2014; and iii) that trial, currently set for July 28,

9    2014, be continued until August 25, 2014.  The parties note that Defendant intends to timely file

10    her reply to Plaintiffs' opposition to the Motion to Stay because such reply was completed prior to

11    the time that the parties reached agreement regarding the instant stipulation.

12    Defendant's motion seeks to stay this action brought pursuant to the Employee

13    Retirement Income Security Act of 1974, as amended.  (*See* Declaration of Joseph A. Garofolo

14    ("Garofolo Decl.") ¶ 3 filed concurrently herewith).  Although Plaintiffs oppose any stay relating

15    to this action, after Plaintiffs' counsel conferred with counsel for the trustee appointed in the

16    matter of the bankruptcy of Keith Charles Knapp (also a Plaintiff in the case in his capacity as

17    Trustee of the California Home Loans Profit Sharing Plan), the parties have agreed to stipulate to

18    the requested relief set forth above.  (*Id.* at ¶¶ 4-6).  The reason for the requested continuances is

19    so that the bankruptcy trustee may have additional time to determine whether she believes that it is

20    appropriate to seek to intervene in the instant action and to further evaluate her position with

21    regard to Defendant's Motion to Stay.  (*See id.* at ¶¶ 5-6).

22    The trial and pretrial conference previously have been continued three times.  (*See*

23    Stipulation and Order dated February 13, 2014 (Doc. 91); Order dated March 12, 2014 (Doc. 97);

24    Order dated June 5, 2014 (Doc. 107)).  This stipulation will have the effect on the case of

25    continuing the pretrial conference for five weeks and trial for approximately one month.  (*See*

26    Garofolo Decl. ¶ 8).

27    IT IS SO STIPULATED AND AGREED.

28

June 13, 2014                    /s/ Michael L. Boli
                                 Michael L. Boli
                                 Attorney for Defendant/Judgment Creditor Noreen
                                 Cardinale

June 13, 2014                    /s/ Joseph A. Garofolo
                                 Joseph A. Garofolo
                                 Attorney for Plaintiffs Keith Charles Knapp, as Trustee of
                                 the California Home Loans Profit Sharing Plan, the Trust
                                 for the California Home Loans Profit Sharing Plan, as a
                                 fiduciary of the California Home Loans Profit Sharing
                                 Plan, and Therese A. Lavoie, as a participant in the
                                 California Home Loans Profit Sharing Plan


**ORDER**

Pursuant to the Stipulation, and good cause appearing, the Court orders the following:

i) the hearing on Defendant's Motion to Stay, currently set for June 20, 2014, is vacated and reset

to August 1, 2014, at 9:00 A.M.; ii) the pretrial conference, currently set for July 3, 2014, is

vacated and reset to August 7, 2014, at 2:00 P.M.; and iii) trial, currently set for July 28, 2014, is

vacated and reset to August 25, 2014, at 1:50 P.M.


IT IS SO ORDERED.

Dated: June __17__, 2014

_Ronald M. Whyte_
UNITED STATES DISTRICT JUDGE