UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEITH CHARLES KNAPP, as Trustee of the California Home Loans Profit Sharing Plan; TRUST FOR THE CALIFORNIA HOME LOANS PROFIT SHARING PLAN, as a fiduciary of the California Home Loans Profit Sharing Plan; THERESE A. LAVOIE, as a participant in the California Home Loans Profit Sharing Plan, | **CASE NO. C 12-05076-RMW-HRL** |
| | **STIPULATION AND []** **ORDER TO CONTINUE PRETRIAL CONFERENCE AND TO CONTINUE TRIAL** |
| Plaintiffs, | Hon. Ronald M. Whyte |
| v. | Pre-Trial Conf.: October 9, 2014<br>Trial Date: October 20, 2014 |
| NOREEN CARDINALE, an individual, | |
| Defendant. | |

| | |
|---|---|
| NOREEN CARDINALE, | **RELATED CASE NO. C 12-05078-RMW** |
| Plaintiff, | (Remanded Pursuant to Order Dated February 15, 2013) |
| v. | |
| DANIEL R. MILLER JR.; PATRICE MILLER, his spouse; DANIEL R. MILLER SR.; PASHLIN INC., a California corporation; DERALD R. KENOYER; KEITH CHARLES KNAPP; HOME LOAN SERVICES CORPORATION dba CALIFORNIA HOME LOANS, a California Corporation; and DOES 1 through 100, inclusive | |
| Defendants. | |

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiffs Keith Charles Knapp, as Trustee of the California Home Loans Profit Sharing Plan, the Trust for the California Home Loans Profit Sharing Plan, as a fiduciary of the California Home Loans Profit Sharing Plan, Therese A. Lavoie, as a participant in the California Home Loans Profit Sharing Plan, Defendant Noreen Cardinale, and (by special appearance) Doris Kaelin, the Chapter 7 Trustee, hereby stipulate and request the following: i) that the pretrial conference, currently set for October 9, 2014, be continued until November 6, 2014; and  ii) that trial, currently set for October 20, 2014, be continued until December 8, 2014.

This action was brought pursuant to the Employee Retirement Income Security Act of 1974, as amended.  (*See* Declaration of Joseph A. Garofolo ("Garofolo Decl.") ¶ 3 filed concurrently herewith).  One of the Plaintiffs in the instant action, Keith Charles Knapp, has declared bankruptcy in his personal capacity.  (*See* Plaintiffs' Request for Judicial Notice (Doc. 124)).  Consistent with the Stipulation and Order to Continue Pretrial Conference and Continue Trial dated August 1, 2014 (Doc. 122), and the parties' representations at the hearing held on August 1, 2014, Plaintiffs filed their Motion to Refer This Action to Bankruptcy Court ("Motion to Refer") (Doc. 123) on August 29, 2014.  The hearing on Plaintiffs' Motion to Refer is set for October 3, 2014.  (*See* Garofolo Decl. ¶ 4).  Because pretrial disclosures currently would be due on September 25, 2014 (10 court days before the pretrial conference), which is prior to the hearing on Plaintiffs' Motion to Refer, the parties request a continuance of the pretrial conference and trial so that the Court may rule on the Motion to Refer prior to the deadline for pretrial disclosures.  (*See id.*).  With a continuance of the pretrial conference until November 6, 2014, pretrial disclosures would be due on October 23, 2014, which should provide the parties with sufficient time to prepare their pretrial disclosures should this Court deny the Motion to Refer.  (*See id.* at ¶ 5).  The relief is also appropriate in that Ms. Kaelin (who believed that the necessity to intervene was mooted by the Motion to Refer) may know to which court she should address a future intervention request.  (*See id.*).

Trial previously has been continued five times and the pretrial conference has been continued six times.  (*See* Stipulation and Order dated February 13, 2014 (Doc. 91); Order dated

1  March 12, 2014 (Doc. 97); Order dated June 5, 2014 (Doc. 107); Order dated June 17, 2014 (Doc.

2  113); Stipulation and Order dated August 1, 2014; Clerk's Notice of Continuance of Pretrial

3  Conference entered on September 2, 2014 (Doc. 125)).  This stipulation will have the effect on the

4  case of continuing the pretrial conference for approximately one month and trial for approximately

5  six weeks.  (*See* Garofolo Decl. ¶ 8).

6

7        IT IS SO STIPULATED AND AGREED.

8

9  September 16, 2014                    ___*/s/* Michael L. Boli_____
                                         Michael L. Boli
10                                       Attorney for Defendant/Judgment Creditor Noreen
                                         Cardinale
11

12
   September 16, 2014                    ___*/s/* Joseph A. Garofolo_____
13                                       Joseph A. Garofolo
                                         Attorney for Plaintiffs Keith Charles Knapp, as Trustee of
14                                       the California Home Loans Profit Sharing Plan, the Trust
                                         for the California Home Loans Profit Sharing Plan, as a
15                                       fiduciary of the California Home Loans Profit Sharing
                                         Plan, and Therese A. Lavoie, as a participant in the
16                                       California Home Loans Profit Sharing Plan

17

18 September 16, 2014                    ___*/s/* Laura A. Palazzolo_____
19                                       Laura A. Palazzolo
                                         Attorney *Specially Appearing* for Doris Kaelin, Chapter 7
20                                       Trustee

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the Stipulation, and good cause appearing, the Court orders the following: i) the pretrial conference, currently set for October 9, 2014, at 2:00 P.M., is vacated and reset to November 6, 2014, at 2:00 P.M.; and ii) trial, currently set for October 20, 2014, at 1:50 P.M. is vacated and reset to December 8, 2014, at 1:50 P.M.

IT IS SO ORDERED.

Dated: September 38, 2014

*Ronald M. Whyte*

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE